**UNITED STATES of America,**
**Appellant,**

v.

**160.40 ACRES OF LAND, MORE OR LESS, Situate IN CATTARAUGUS COUNTY, STATE OF NEW YORK, and the Seneca Nation of Indians, et al., Appellees.**

No. 218, Docket 35128.

United States Court of Appeals, Second Circuit.

Argued Nov. 16, 1970.

Decided Nov. 18, 1970.

George R. Hyde, Atty., Department of Justice, Washington, D. C. (Shiro Kashiwa, Asst. Atty. Gen., H. Kenneth Schroeder, Jr., U. S. Atty., Buffalo, N. Y., Edmund B. Clark, Atty., Dept. of Justice, on the brief), for appellant.

Benjamin C. Perreault, Congdon, Congdon & Perreault, Salamanca, N. Y., for appellees.

Before KAUFMAN, HAYS and GIBBONS,* Circuit Judges.

* Of the United States Court of Appeals for the Third Circuit, sitting by designation.

PER CURIAM:

We affirm on the opinion of Judge Henderson below. United States of America v. Certain Parcels of Land, 327 F.Supp. 181 (1970).